IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANDRE SYLVESTER WATTS, ) | |
| Plaintiff, ) | Civil Action No. 7:05CV00601 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | By: Hon. Glen E. Conrad |
| Defendant. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it now

**ORDERED**

that the defendant's motion to dismiss shall be and hereby is **GRANTED**, and the above referenced civil action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 31st day of January, 2006.

United States District Judge